IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARIAN J. MENSIE, on behalf of
herself and on behalf of all others
similarly situated                                                    PLAINTIFF

v.                                      No. 4:17-cv-85-DPM

TOYOTA MOTOR CREDIT
CORPORATION                                                        DEFENDANT

ORDER

I drive a 2011 Toyota RAV4.  I bought it new from Central Toyota in

Jonesboro, financed it through TMCC, and paid it off.   My paperwork

indicates that I declined gap coverage and a vehicle service contract.  I don't

have any firm memory of that part of the transaction.  Because I didn't buy

the gap coverage, I would not be a member of the proposed nationwide class

or the proposed Arkansas subclass.   I don't believe these circumstances

require or support recusal. 28 U.S.C. § 455.  But I wanted the parties to know

about them and to know that I will gladly reconsider on request whether I

should keep this case.  Please file any such request by 31 March 2017.

So Ordered.

WPMarshall Jr.

D.P. Marshall Jr.
United States District Judge

7 March 2017