IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| MARIAN J. MENSIE, on behalf of herself and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> TOYOTA MOTOR CREDIT CORPORATION, <br><br> and <br><br> AUTOMOTIVE WARRANTY SERVICES, INC. <br><br> Defendants. | Case No. 4:17-cv-00085-DPM <br><br> JURY TRIAL REQUESTED |

### AFFIDAVIT OF SERVICE

COMES NOW, Trevor B. Townsend and, on oath, states:

That pursuant to Federal Rule of Civil Procedure 4, I served Defendant, Automotive Warranty Services, Inc., with a Summons and Complaint in the above–captioned matter by mailing a copy of same, *via* U.S. Certified Mail No**. 9415 5118 9956 4210 3507 61**, Return Receipt Requested, to the address shown on the receipt. Subsequently, the Summons and Complaint were received by the Defendant as evidenced by the signature on the attached domestic return receipt.

A copy of said signed Return Receipt is hereby attached as **Exhibit 1** and incorporated by reference.

By: _____
Trevor B. Townsend, 2014192
MOFFITT & PHILLIPS, PLLC
204 Executive Ct., Suite 100
Little Rock, AR 72205
(501) 255-7406 phone
(866) 460-5744 fax

State of Arkansas     )
                      )
County of Pulaski     )

SUBSCRIBED AND SWORN TO before me this 26th day of July, 2017.

_____
Notary Public

BRANDON MOFFITT
PULASKI COUNTY
NOTARY PUBLIC - ARKANSAS
My Commission Expires April 08, 2018
Commission No. 12365476

_____
My Commission Expires:

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

- Anna S. McLean – amclean@sheppardmullin.com
- Joy O. Siu – jsiu@sheppardmullin.com
- Michael D. Barnes – mdbarnes@wlj.com
- Michael B. Phillips – mphillips@moffittandphillips.com
- Brandon K. Moffitt – bmoffitt@moffittandphillips.com
- Robert A. Horn – rhorn@hab–law.com
- Joseph A. Kronawitter – jkronawitter@hab–law.com
- Brian T. Myers – btmeyers@btm–law.com
- Brian C. McCart – bmccart@btm–law.com

**Moffitt & Phillips, PLLC**
204 Executive Ct., Ste. 100
LITTLE ROCK, AR 72205

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: ( ☐ Addressee or ☐ Agent)
X Adam

B. Received By: ADAM DAVIS (Print Clearly)

C. Date of Delivery: 7/25

D. Addressee's Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor (Please Print Clearly)

Delivery Address

City    State    ZIP + 4 Code

**CERTIFIED MAIL**

9415 5118 9956 4210 3507 61

RETURN RECEIPT REQUESTED

Article Addressed To:

Corporation Service Company
300 Spring Building
300 S. Spring St. Ste 900
Little Rock AR 72201-2425

**EXHIBIT 1**