IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| MARIAN J. MENSIE, on behalf of herself and on behalf of all others similarly situated<br>PLAINTIFFS<br><br>v.<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br>DEFENDANT | Case No. 4:17-cv-85-DPM |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a), plaintiff Marian J. Mensie, and defendant Toyota Motor Credit Corporation, through their respective undersigned counsel, hereby stipulate to the dismissal with prejudice of the action brought by plaintiff Marian J. Mensie against Toyota Motor Credit Corporation, with each party to bear her/its own costs.

Jointly Submitted,

| PLAINTIFFS: | DEFENDANTS: |
|---|---|
| By */s/ Joseph A. Kronawitter*<br>Robert A. Horn<br>Joseph A. Kronawitter *(pro hac vice)*<br>Horn Aylward & Bandy, LLC<br>2600 Grand Boulevard, Suite 1100<br>Kansas City, MO 64108<br>816.421.0700<br>rhorn@hab-law.com<br>jkronawitter@hab-law.com | By */s/ Anna S. McLean*<br>Anna S. McLean *(pro hac vice)*<br>Joy O. Siu *(pro hac vice)*<br>Sheppard, Mullin, Richter & Hampton LLP<br>Four Embarcadero Center<br>17th Floor<br>San Francisco, CA 94111<br>415.774.3154<br>amclean@sheppardmullin.com<br>jsiu@sheppardmullin.com |
| By */s/ Michael B. Phillips*<br>Michael B. Phillips<br>Brandon K. Moffitt<br>Trevor Brent Townsend<br>Moffitt & Phillips, PLLC<br>204 Executive Court, Suite 100<br>Little Rock, AR 7225<br>501.255.7406<br>mphillips@moffittandphillips.com<br>bmoffitt@moffittandphillips.com<br>ttownsend@moffitandphillips.com | By */s/ Michael D. Barnes*<br>Michael D. Barnes (88071)<br>Wright, Lindsey & Jennings LLP<br>200 West Capitol Avenue<br>Suite 2300<br>Little Rock, Arkansas 72201<br>501.371.0808<br>mdbarnes@wlj.com |
| By */s/ Brian T. Meyers*<br>Brian Timothy Meyers<br>Brian C. McCart<br>Law Offices of Brian Timothy Meyers<br>1125 Grand Blvd., Suite 1610<br>Kansas City, MO 64106<br>816.842.0006<br>btmeyers@btm-law.com<br>bmccart@btm-law.com | |