# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

MARIAN J. MENSIE, individually
and on behalf of all others similarly
situated                                                            PLAINTIFF

v.                              No. 4:17-cv-85-DPM

AUTOMOTIVE WARRANTY
SERVICES, INC.                                                      DEFENDANT

## ORDER

Stipulation, № 62, noted and appreciated. Mensie's amended complaint will be dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 April 2018