# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

MARIAN J. MENSIE, individually
and on behalf of all others similarly
situated                                                          PLAINTIFF

v.                        No. 4:17-cv-85-DPM

TOYOTA MOTOR CREDIT CORP. and
AUTOMOTIVE WARRANTY
SERVICES, INC.                                                    DEFENDANTS

## JUDGMENT

The amended complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 April 2018